MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 29, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL GROS ET AL.                           CIVIL ACTION

VERSUS                                        NO. 11-1824

DRC EMERGENCY                                 MAGISTRATE JUDGE
SERVICES, LLC, ET AL.                         JOSEPH C. WILKINSON, JR.

## HEARING AND CONDITIONAL DISMISSAL ORDER

Trial was scheduled to commence in this case on this date before me. Appearing were: Eric Derbes and Melanie Mulcahy, representing plaintiffs; Harold Flanagan and Sean Brady, representing defendants; Cary DesRoches, representing a non-party. Before trial commenced, the court was advised by all counsel that the above captioned case has been settled.  The settlement was dictated on the court's record and will be documented in a written settlement agreement.  Accordingly, acting pursuant to 28 U.S.C. § 636(c), Record Doc. No. 13,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown no later than **May 15, 2013**, to seek summary judgment enforcing the compromise or to reopen the action if settlement is not consummated. The court approves the settlement, incorporates it into this dismissal order, and retains jurisdiction for enforcement purposes.

**MJSTAR:  0 : 25**

The court reporter is hereby directed to hold the notes of the settlement agreement recorded in court for future use. In light of the parties' confidentiality agreement, the notes may not be released and no transcript of the settlement proceedings shall be made, except upon motion for good cause, noticed for hearing to all parties, and order of the court.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:

COURT REPORTER DAVID ZAREK
BETTY DIMARCO, SUPERVISOR

- 2 -